LAW OFFICES OF RICHARD PACHTER
Richard Pachter (SBN 120069)
980 9TH Street, Suite 1600
Sacramento, CA  95814
Telephone: (916) 485-1617
Facsimile:  (916) 244-0529
richard@pachterlaw.com  (e-mail)

Attorney for Defendant MONTGOMERY MEIGS ATWATER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DALE RICHARD FRISBEY,<br>THOMAS GLENN COOPMAN,<br>EDWIN BLODEN TOOLE, and<br>MONTGOMERY MEIGS ATWATER<br><br>  Defendants. | Case No. 2:09-CR-0513 MCE<br><br>STIPULATION AND ORDER MODIFYING SPECIAL CONDITION 4 OF MONTGOMERY MEIGS ATWATER'S CONDITIONS OF RELEASE |
|---|---|

     WHEREAS, Special Condition of Release # 4 as to Defendant Montgomery Meigs Atwater states:  "Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;"

     WHEREAS, Defendant Montgomery Meigs Atwater lives in Truckee, California and often has to travel to and within the following Nevada counties in the Lake Tahoe Basin:  Washoe, Storey, Carson City, Douglas and Lyon in connection with work;

     WHEREAS, Pretrial Services Officer Steven J. Sheehan has stated that he supports modification of Special Condition of Release # 4 to allow Defendant Montgomery Meigs Atwater to make day trips to and within the following Nevada counties in the Lake Tahoe Basin:  Washoe, Storey, Carson City, Douglas and Lyon without obtaining prior consent;

WHEREAS, Assistant United States Attorney Samuel Wong is not opposed to the modification of Special Condition of Release # 4 to allow Defendant Montgomery Meigs Atwater to make day trips to and within the following Nevada counties in the Lake Tahoe Basin:  Washoe, Storey, Carson City, Douglas and Lyon without obtaining prior consent from the pretrial services officer;

**IT IS HEREBY STIPULATED BY AND AMONG THE UNITED STATES OF AMERICA AND DEFENDANT MONTGOMERY MEIGS ATWATER THAT:**

Special Condition of Release # 4 with respect to Defendant Montgomery Meigs Atwater may be modified to read that ""Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer except that you may make day trips to and within the following Nevada counties in the Lake Tahoe Basin:  Washoe, Storey, Carson City, Douglas and Lyon without obtaining prior consent from the pretrial services officer."

Dated:  December 14, 2009               UNITED STATES OF AMERICA


                                        By: /s/Samuel Wong
                                            SAMUEL WONG
                                        Assistant United States Attorney

Dated:  December 14, 2009                    LAW OFFICES OF RICHARD PACHTER


                                             By: /s/ Richard Pachter
                                                 RICHARD PACHTER
                                                 Attorney for Defendant MONTGOMERY
                                                 MEIGS ATWATER


**BASED UPON THE FOREGOING STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT**:

Special Condition of Release # 4 with respect to Defendant Montgomery Meigs Atwater is modified to read that "Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer except that you may make day trips to and within the following Nevada counties in the Lake Tahoe Basin:  Washoe, Storey, Carson City, Douglas and Lyon without obtaining prior consent from the pretrial services officer."

Dated:  December 14, 2009

                                             _____
                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE