BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DALE FRISBEY, et al.,<br><br>            Defendants. | No. 2:CR-09-513 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  January 14, 2010<br>Time:  9:00 a.m.<br>Court:  Hon. Morrison C. England |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Dale Frisbey, Thomas Coopman, Edwin Toole, and Montgomery Atwater, on the other hand, through their respective attorneys, that:  (1) the status conference scheduled for January 14, 2010, at 9:00 a.m., shall be continued to February 18, 2010 at 9:00 a.m.; and (2) time from the date of this stipulation through, and including, the date of the status conference on February 18, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual or complex case) and T4 (preparation

1

1 | by prosecution and defense counsel).

2 |     The parties note that there are nine counts, a forfeiture
3 | allegation, and four defendants named in the Indictment. The
4 | conspiracy counts listed span from 2001 through 2009.  The
5 | criminal acts alleged in the Indictment span at least five
6 | counties and were investigated by at least four law enforcement
7 | agencies.  There were at least five tracker warrants and four
8 | search warrants executed during the investigation.  The United
9 | States has encountered obstacles in producing discovery on a more
10 | timely basis, including a substantial portion of the electronic
11 | media that constitutes discovery would not "run" or "open"
12 | properly when copied from one type of electronic media to
13 | computer disks, and a large amount of personal identifying
14 | information regarding witnesses and non-defendants had to be
15 | redacted from numerous documents.  Despite these obstacles, the
16 | United States agrees that it shall produce the initial round of
17 | discovery by January 15, 2010.  Based on these facts, the parties
18 | stipulate and agree that it is unreasonable to expect adequate
19 | preparation for pretrial proceedings and trial itself within the
20 | time limits established in § 3161, the case is unusual or complex
21 | within the meaning of the Speedy Trial Act, and the requested
22 | continuance is necessary to provide both the prosecution and
23 | defense counsel reasonable time necessary for effective
24 | preparation, taking into account the exercise of due diligence.
25 | Dated:  January 12, 2010            /s/ Timothy Zindel

                                                                       _____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for Defendant
Dale Frisbey
(per authorization)

2

```
Dated:  January 12, 2010            /s/ Michael Chastaine
                                    _____
                                    MICHAEL CHASTAINE
                                    Attorney for Defendant
                                    Thomas Coopman
                                    (per email authorization)

Dated:  January 12, 2010            /s/ John Manning
                                    _____
                                    JOHN MANNING
                                    Attorney for Defendant
                                    Edwin Toole
                                    (per email authorization)
Dated:  January 12, 2010            /s/ Richard Pachter
                                    _____
                                    RICHARD PACHTER
                                    Attorney for Defendant
                                    Montgomery Atwater
                                    (per email authorization)

Dated:  January 12, 2010            BENJAMIN B. WAGNER
                                    UNITED STATES ATTORNEY

                                            /s/ Samuel Wong
                                    By:     _____
                                    SAMUEL WONG
                                    Assistant U.S. Attorney
```

___

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act.  The Court

specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public.  The Court also finds the requested continuance is necessary to provide both prosecution and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  It is ordered that the time from the date of the parties' stipulation January 12, 2010, to and including February 18, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by both prosecution and defense counsel).

It is further ordered that the January 14, 2010, status conference shall be continued until February 18, 2010, at 9:00 a.m.

It is so ordered.

Dated: January 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4