1

BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG

2

Assistant U.S. Attorney
501 I Street, Suite 10-100

3

Sacramento, California 95814
Telephone: (916) 554-2700

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,   )   NO. 2:09-CR-00513 MCE
                            )

12

              Plaintiff,    )   PLAINTIFF UNITED STATES OF
                            )   AMERICA'S <u>EX PARTE</u> MOTION TO

13

     v.                     )   UNSEAL TRACKING DEVICE WARRANT
                            )   RELATED DOCUMENTS AND ORDER

14

DALE FRISBEY, et al.,       )   ISSUED THEREON
                            )

15

              Defendants.   )   Court:  Hon. Dale A. Drozd
                            )

16

17

18

        Plaintiff United State of America hereby moves, <u>ex parte</u>,

19

for an order to unseal: (1) all tracking device warrants; (2) all

20

documents submitted in support of the issuance of the tracking

21

device warrants; and (3) all sealing and/or delayed notification

22

orders issued in regard to the tracking device warrants in Matter

23

Nos. 2:09-SW-149 KJM, 2:09-SW-190 GGH, 2:09-SW-191 GGH,

24

2:09-SW-218 KJM, 2:09-SW-219 KJM, 2:09-SW-220 KJM, and 2:09-SW-

25

0121 DAD.  The United States seeks the unsealing order requested

26

herein to provide the documents preciously sealed to the

27

///

28

///

1

defendants in the above-captioned case as discovery as the

previous need for sealing is no longer necessary.

Dated:  January 15, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Samuel Wong
                             By:_____
                                  SAMUEL WONG
                                  Assistant U.S. Attorney


_____


## ORDER

     The Court having received, read, and considered the United

States' ex parte motion to unseal:  (1) all tracking device

warrants; (2) all documents submitted in support of the issuance

of the tracking device warrants; and (3) all sealing and/or

delayed notification orders issued in regard to the tracking

device warrants in Matter Nos. 2:09-SW-149 KJM, 2:09-SW-190 GGH,

2:09-SW-191 GGH, 2:09-SW-218 KJM, 2:09-SW-219 KJM, 2:09-SW-220

KJM, and 2:09-SW-0121 DAD; and good cause appearing therefrom,

     It is ORDERED that the United States' motion is granted and

the documents previously sealed are hereby unsealed to allow the

United States to provide the documents to defendants as

discovery.

DATED: January 20, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/frisby0513.ord

2