```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DALE R. FRISBEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | No. 2:09-CR-0513 MCE |
| )  Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v.  ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| DALE R. FRISBEY, ) | |
| ) | |
| Defendants. ) | Date: March 11, 2010 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED AND AGREED between all defendants and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for March 11, 2010, may be continued to April 29, 2010, at 9:00 a.m.

   The parties note that there are nine counts, a forfeiture allegation, and four defendants named in the Indictment. The conspiracy counts listed span from 2001 through 2009. The criminal acts alleged in the Indictment span at least five counties and were investigated by at least four law enforcement agencies. There were at least five tracker

warrants and four search warrants executed during the investigation. The Court has previously determined this case to be complex within the meaning of the Speedy Trial Act considering the length of the alleged conspiracy and volume of evidence. All defendants seek additional time to review the voluminous discovery and to perform necessary research and investigation. The parties agree that additional preparation time is needed and that time under the Speedy Trial Act should be excluded from the date of this stipulation, March 9, 2010, through April 29, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv)(Local Codes T2 and T4).

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated: March 9, 2010       /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DALE R. FRISBEY

Dated: March 9, 2010       /s/ T. Zindel for M. Chastaine
                                MICHAEL L. CHASTAINE
                                Attorney for THOMAS G. COOPMAN

Dated: March 9, 2010       /s/ T. Zindel for J. Manning
                                JOHN MANNING
                                Attorney for EDWIN B. TOOLE

Dated: March 9, 2010       /s/ T. Zindel for R. Pachter
                                RICHARD PACHTER
                                Attorney for MONTGOMERY M. ATWATER


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: March 9, 2010   By:  /s/ T. Zindel for S. Wong
                                SAMUEL WONG
                                Assistant U.S. Attorney

/////

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to April 29, 2010, at 9:00 a.m. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. Time is therefore excluded from the date of the parties' stipulation, March 9, 2010, through and including April 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(b)(ii), and (h)(7)(B)(iv)(Local Codes T2 and T4).

IT IS SO ORDERED.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE