JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWIN TOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>DALE FRISBEY et al.,<br><br>   Defendants. | CR NO. S-09-513 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:  April 29, 2010<br>Time:  9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

   IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Samuel Wong, Assistant United States Attorney, together with counsel for defendant Dale Frisbey, Timothy Zindel, Esq., counsel for defendant Thomas Coopman, Michael L. Chastaine, Esq., counsel for defendant Edwin Toole, John R. Manning, Esq., and counsel for defendant Montgomery Atwater, Richard Pachter, Esq., that the status conference presently set for April 29, 2010 be continued to June 24, 2010 at 9:00 a.m.

   The parties note that there are nine counts, a forfeiture allegation, and four defendants named in the Indictment. The conspiracy counts listed span from 2001 through 2009.  The criminal acts alleged in the Indictment span at least five counties and were investigated by at least four law enforcement agencies.  There were at least five tracker warrants and four search

1

warrants executed during the investigation.  The Court has previously determined this case to be complex within the meaning of the Speedy Trial Act considering the length of the alleged conspiracy and volume of evidence.  All defendants seek additional time to review the voluminous discovery and to perform necessary research and investigation.  The parties agree that additional preparation time is needed and that time under the Speedy Trial Act should be excluded from the date of this stipulation, April 27, 2010, through and including June 24, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv)(Local Codes T2 and T4).

IT IS SO STIPULATED.

Dated: April 27, 2010         /s/ John R. Manning for
                              TIMOTHY ZINDEL
                              Attorney for Defendant
                              Dale Frisbey

Dated: April 27, 2010         /s/ John R. Manning for
                              MICHAEL L. CHASTAINE
                              Attorney for Defendant
                              Thomas G. Coopman

Dated: April 27, 2010         /s/ John R. Manning
                              JOHN R. MANNING
                              Attorney for Defendant
                              Edwin B. Toole

Dated: April 27, 2010         /s/ John R. Manning for
                              RICHARD PACHTER
                              Attorney for Defendant
                              Montgomery M. Atwater

Dated: April 27, 2010         Benjamin B. Wagner
                              United States Attorney

                         by:  /s/ John R. Manning for
                              SAMUEL WONG
                              Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWIN TOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-09-0513 MCE |
| Plaintiff, | |
| | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DALE FRISBEY et al., | |
| Defendants. | |

    The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to June 24, 2010, at 9:00 a.m.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny each defendant's counsel reasonable time for effective preparation

1  taking into account the exercise of due diligence.  Time is therefore excluded from the date of the

2  parties' stipulation, April 27, 2010, through and including June 24, 2010, pursuant to 18 U.S.C. §

3  3161(h)(7)(A), (h)(7)(b)(ii), and (h)(7)(B)(iv)(Local Codes T2 and T4).

   IT IS SO ORDERED.

Dated:  April 28, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE