UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00513-MCE | |
| Plaintiff, | | |
| v. | **RELATED CASE ORDER** | |
| DALE RICHARD FRISBEY, THOMAS GLENN COOPMAN, EDWIN BLODEN TOOLE, MONTGOMERY MEIGS ATWATER, | | |
| Defendants. | | |
| UNITED STATES OF AMERICA, | No. 2:10-cv-01116-MCE-KJM | |
| Plaintiff, | | |
| v. | | |
| REAL PROPERTY LOCATED AT 12711 HIGHWAY 89, SIERRAVILLE, CALIFORNIA, SIERRA COUNTY, APN: 018-050-0360 (FORMERLY APNs: 018-050-003, 018-050-001 AND 018-050-002), INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | | |
| Defendant. | | |

///

1   The Court received the Notice of Related Cases filed May 6,
2   2010.  Examination of the above-entitled actions reveals that
3   both actions are related within the meaning of Local Rule 123(a),
4   E.D. Cal. (1997).  The actions involve the same parties, are
5   based on the same or a similar claim, and involve the same
6   property transaction or event.
7   Because the cases are already assigned to the same district
8   judge, this Order is issued for informational purposes only and
9   shall have no effect on the status of the cases.

Dated: May 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE