```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DALE R. FRISBEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:09-CR-00513 MCE |
| )  Plaintiff, ) | |
| ) | **WAIVER OF APPEARANCE** |
| v. ) | **FOR DALE R. FRISBEY** |
| ) | |
| DALE R. FRISBEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    I, Dale R. Frisbey, hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury, trial, and imposition of sentence.  I request that the court proceed during every absence the court may permit pursuant to this waiver.  I agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and I further agree to be present in court ready for hearing any day and hour the court may fix in my absence.

1    I have been informed of my rights under the Speedy Trial Act, 18
2 U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays
3 under the Act without me being present.

```
                                        /s/ Dale R. Frisbey
Dated:  June 23, 2010                   _____
                                        DALE R. FRISBEY
                                        Defendant
```

   I concur in Mr. Frisbey's decision to waive his appearance at future
preliminary proceedings.

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


Dated:  June 23, 2010                   /s/ T. Zindel
                                        _____
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for DALE R. FRISBEY
```

IT IS SO ORDERED.

Dated: June 25, 2010

```
                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
```

2