JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWIN TOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DALE FRISBEY, et al.,<br><br>    Defendants. | No. 2:09-cr-00513-MCE<br><br>STIPULATION AND ORDER CONTINUING MOTION TO SUPPRESS HEARING<br><br>Judge: Hon. Morrison C. England, Jr. |

The parties hereby stipulate the following:

1. The motions hearing is presently set for November 4, 2010. Counsel for the defendants request that the date for the hearing be continued to December 16, 2010 at 9:00 a.m., to allow defense counsel additional time necessary to investigate the facts of this case and conduct legal research in support of anticipated pretrial motions.

2. The parties hereby requests that the court adopt the following schedule pertaining to the pretrial motions:

| | |
|---|---|
| **Motions hearing date:** | **12/16/10** |
| Due date for any reply: | 12/9/10 |
| Due date for any opposition: | 11/25/10 |
| Due date for filing of motion: | 10/21/10 |

1

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time from the date of the parties' stipulation, September 9, 2010, to and including October 21, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. 3161 (h) (7)(A) and (B) (iv) and Local Code T4, and that time after October 21, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. 3161 (h) (1)(D) and Local Code E pertaining to pending motions until December 16, 2010, or the prompt disposition of the motions, whichever is later.

Dated:  September 9, 2010                       //s/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for defendant
                                                Edwin B. Toole

Dated:  September 9, 2010                       //s/ Timothy Zindel
                                                TIMOTHY ZONDEL
                                                Attorney for defendant
                                                Dale Frisbey

Dated:  September 9, 2010                       //s/ Michael L. Chastaine
                                                MICHAEL L. CHASTAINE
                                                Attorney for defendant
                                                Thomas G. Coopman

Dated:  September 9, 2010                       //s/ Richard Pachter
                                                RICHARD PACHTER
                                                Attorney for defendant
                                                Montgomery M. Atwater


                                                Benjamin B. Wagner
                                                United States Attorney

Dated:  September 9, 2010                       /s/ Samuel Wong
                                                SAMUEL WONG
                                                Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWIN TOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-09-513 MCE |
| Plaintiff, | ORDER CONTINUING MOTION HEARING |
| v. | |
| DALE FRISBEY, et al., | Judge: Hon. Morrison C. England, Jr. |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the date for the motions hearing be continued from November 4, 2010, to December 16, 2010.  The Court hereby adopts the briefing schedule stipulated to by the parties and set forth therein. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

/ / /

/ / /

/ / /

3

THEREFORE IT IS FURTHER ORDERED that time from the date of the parties' stipulation, September 9, 2010, to and including October 21, 2010, be shall excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. 3161 (h) (7)(A) and (B) (iv) and Local Code T4, and time after October 21, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. 3161 (h) (1)(D) and Local Code E pertaining to pending motions until December 16, 2010, or the prompt disposition of the motions, whichever is later.

DATED: September 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

4