JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWIN TOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-09-513 MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING MOTION TO SUPPRESS HEARING |
| v. | ) ) ) | |
| DALE FRISBEY, et al., | ) ) | |
| Defendants. | ) | Judge: Hon. Morrison C. England, Jr. |

The parties hereby stipulate the following:

1. The motion to suppress hearing is presently set for February 17, 2011. Counsel for the defendants request that the date for the hearing be continued to April 7, 2011 at 9:00am.

2. The parties hereby requests that the court adopt the following schedule pertaining to the motion suppress:

   **Motion to Suppress Hearing date:**           4/7/11

   Reply Due:                                     3/31/11

   Opposition Due:                                3/17/11

   Motions Filing Deadline:                       2/11/11

The parties note that there are nine counts, a forfeiture allegation, and four defendants named in the Indictment. The conspiracy counts listed span from 2001 through 2009.  The criminal acts alleged in the Indictment span at least five counties and were investigated by at least four law enforcement agencies.  There were at least five tracker warrants and four search warrants executed during the investigation.  There has been voluminous discovery. Based on these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, including the preparation of pretrial motions, taking into account the exercise of due diligence.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, December 22, 2010, to and including Thursday, April 7, 2011.

Dated:  December 22, 2010                         //s/ John R. Manning
                                                  JOHN R. MANNING
                                                  Attorney for defendant
                                                  Edwin B. Toole

Dated:  December 22, 2010                         //s/ Timothy Zindel
                                                  TIMOTHY ZONDEL
                                                  Attorney for defendant
                                                  Dale Frisbey

Dated:  December 22, 2010                         //s/ Michael L. Chastaine
                                                  MICHAEL L. CHASTAINE
                                                  Attorney for defendant
                                                  Thomas G. Coopman

| | |
|---|---|
| Dated:  December 22, 2010 | //s/ Richard Pachter<br>RICHARD PACHTER<br>Attorney for defendant<br>Montgomery M. Atwater |
| | Benjamin B. Wagner<br>United States Attorney |
| Dated:  December 22, 2010 | /s/ Samuel Wong<br>SAMUEL WONG<br>Assistant United States Attorney |

<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWIN TOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>DALE FRISBEY, et al.,<br><br>         Defendants. | CR NO. S-09-513 MCE<br><br>ORDER CONTINUING MOTION HEARING<br><br>Judge: Hon. Morrison C. England, Jr. |

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public. The Court also finds the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, including pretrial motions, taking into account the exercise of due diligence. It is ordered that the time from the date of the parties' stipulation December 22, 2010, to and including April 7, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by both prosecution and defense counsel).

      It is further ordered that the date for the motion to suppress hearing be continued from February 17, 2011, to April 7, 2011, at 9:00 a.m.  The court hereby adopts the briefing schedule concerning the motion as stipulated to by the parties and set forth therein.

DATED: January 5, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE