JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWIN TOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:09-cr-00513-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING MOTION TO SUPPRESS HEARING |
| v. | |
| DALE FRISBEY, et al., | |
| Defendants. | Judge:  Hon. Morrison C. England, Jr. |

The parties hereby stipulate the following:

1. The motion to suppress hearing is presently set for April 7, 2011.  Counsel for the defendants request that the date for the hearing be continued to May 5, 2011 at 9:00am.

2. The parties hereby requests that the court adopt the following schedule pertaining to the motion suppress:

**Motion to Suppress Hearing date:**          **5/5/11**

Reply Due:                                        4/28/11

Opposition Due:                                   4/14/11

Motions Filing Deadline:                          3/10/11

The parties note that there are nine counts, a forfeiture allegation, and four defendants named in the Indictment. The conspiracy counts listed span from 2001 through 2009. The criminal acts alleged in the Indictment span at least five counties and were investigated by at least four law enforcement agencies. There were at least five tracker warrants and four search warrants executed during the investigation. There has been voluminous discovery. Based on these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, and the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, including the preparation of pretrial motions, taking into account the exercise of due diligence.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 10, 2011, to and including Thursday, May 5, 2011.

Dated:  February 10, 2011                               //s/ John R. Manning
                                                        JOHN R. MANNING
                                                        Attorney for defendant
                                                        Edwin B. Toole

Dated:  February 10, 2011                               //s/ Timothy Zindel
                                                        TIMOTHY ZINDEL
                                                        Attorney for defendant
                                                        Dale Frisbey

Dated:  February 10, 2011                               //s/ Michael L. Chastaine
                                                        MICHAEL L. CHASTAINE
                                                        Attorney for defendant
                                                        Thomas G. Coopman

Dated:  February 10, 2011                                    //s/ Richard Pachter
                                                             RICHARD PACHTER
                                                             Attorney for defendant
                                                             Montgomery M. Atwater


                                                             Benjamin B. Wagner
                                                             United States Attorney

Dated:  February 10, 2011                                    /s/ Samuel Wong
                                                             SAMUEL WONG
                                                             Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWIN TOOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   No. 2:09-cr-00513-MCE
                                          )
            Plaintiff,                    )
                                          )   ORDER CONTINUING MOTION HEARING
v.                                        )
                                          )
DALE FRISBEY, et al.,                     )   Judge:  Hon. Morrison C. England, Jr.
                                          )
            Defendants.                   )
                                          )
                                          )
                                          )
_____      )

        The Court, having received, read, and considered the stipulation of the parties, and good
cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based
on the stipulation of the parties and the recitation of facts contained therein, the Court finds that
it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within
the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within
the meaning of the Speedy Trial Act.  The Court specifically finds that the ends of justice served
by the granting of such continuance outweigh the interests of the public.  The Court also finds
the requested continuance is necessary to provide defense counsel reasonable time necessary for
effective preparation, including pretrial motions, taking into account the exercise of due
diligence.  It is ordered that the time from the date of the parties' stipulation February 10, 2011,
to and including May 5, 2011, shall be excluded from computation of time within which the trial
of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

§ 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by both prosecution and defense counsel).

It is further ordered that the date for the motion to suppress hearing be continued from April 7, 2011, to May 5, 2011, at 9:00 a.m.  The court hereby adopts the briefing schedule concerning the motion as stipulated to by the parties and set forth therein.

DATED: February 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE