```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DALE R. FRISBEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-CR-00513 MCE |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| | ) **AND EXCLUDING TIME** |
| DALE R. FRISBEY, | ) |
| Defendants. | ) Date: July 7, 2011 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between all defendants and plaintiff, United States of America, by and through their attorneys, that the hearing presently scheduled for July 7, 2011, may be continued to August 11, 2011, at 9:00 a.m.

The Court has previously found this case to be complex under the Speedy Trial Act due to the time-span of the charges, the filing of a parallel forfeiture action, and numerous searches involved in the investigation.

///

1  The parties' discussions regarding resolution of the case have continued
2  since the last status conference and additional research has been done.
3  However, defendant Toole has decided to retain new counsel to represent
4  him; new counsel will need time to review discovery and learn about the
5  case before further scheduling may occur.  To allow time for new counsel
6  to prepare and to allow time for all parties to complete their review and
7  negotiations, the parties agree that additional preparation time is
8  needed and that time under the Speedy Trial Act should be excluded from
9  the date of this stipulation through August 11, 2011, pursuant to Title
10 18, United States Code, Section 3161(h)(7)(A), (h)(7)(B)(ii), and
11 (h)(7)(B)(iv)(Local Codes T2 and T4).

                                Respectfully Submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

Dated:  June 22, 2011           /s/  T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DALE R. FRISBEY

Dated:  June 22, 2011           /s/ T. Zindel for M. Chastaine
                                MICHAEL L. CHASTAINE
                                Attorney for THOMAS G. COOPMAN

Dated:  June 22, 2011           /s/ T. Zindel for J. Manning
                                JOHN MANNING
                                Attorney for EDWIN B. TOOLE

Dated:  June 22, 2011           /s/ T. Zindel for R. Pachter
                                RICHARD PACHTER
                                Attorney for MONTGOMERY M. ATWATER

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:  June 22, 2011     By:   /s/  T. Zindel for S. Wong
                                SAMUEL WONG
                                Assistant U.S. Attorney

Stip. & Order                   -2-

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to August 11, 2011, at 9:00 a.m. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. Time is therefore excluded from the date of the parties' stipulation through and including August 11, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(b)(ii), and (h)(7)(B)(iv)(Local Codes T2 and T4).

IT IS SO ORDERED.

Dated: June 24, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE