DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DALE R. FRISBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DALE R. FRISBEY,<br><br>                    Defendants.<br>_____ | No. 2:09-CR-0513 MCE<br><br>**STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME**<br><br>Date:  October 27, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between all defendants and plaintiff, United States of America, by and through their attorneys, that the hearing presently scheduled for October 27, 2011, may be continued to November 10, 2011, at 9:00 a.m.

The Court has previously found this case to be complex under the Speedy Trial Act due to the time-span of the charges, the filing of a parallel forfeiture action, and numerous searches involved in the investigation. The parties' discussions regarding resolution of the case have continued since the last status conference and additional research

has been done.  Also, counsel for Mr. Frisbey just returned from six weeks of medical leave and needs additional time to meet with Mr. Frisbey.  To allow time for counsel to prepare and to allow time for all parties to complete their review and negotiations, the parties agree that additional preparation time is needed and that time under the Speedy Trial Act should be excluded from the date of this stipulation through November 10, 2011, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), (h)(7)(B)(ii), and (h)(7)(B)(iv)(Local Codes T2 and T4).

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated: October 24, 2011    /s/  T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for DALE R. FRISBEY

Dated: October 24, 2011    /s/ T. Zindel for M. Chastaine
                                    MICHAEL L. CHASTAINE
                                    Attorney for THOMAS G. COOPMAN

Dated: October 24, 2011    /s/ T. Zindel for H. Gable
                                    HAYES H. GABLE, III
                                    Attorney for EDWIN B. TOOLE

Dated: October 24, 2011    /s/ T. Zindel for R. Pachter
                                    RICHARD PACHTER
                                    Attorney for MONTGOMERY M. ATWATER


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: October 24, 2011  By: /s/  T. Zindel for S. Wong
                                    SAMUEL WONG
                                    Assistant U.S. Attorney

/////

/////

/////

Stip. & Order                      -2-

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to November 10, 2011, at 9:00 a.m. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. Time is therefore excluded from the date of the parties' stipulation through and including November 10, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A),(h)(7)(b)(ii), and (h)(7)(B)(iv)(Local Codes T2 and T4).

IT IS SO ORDERED.

Dated: October 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE