DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DALE R. FRISBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-00513 MCE |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| DALE R. FRISBEY, et al., ) | |
| Defendants. ) | Date: January 5, 2012 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED AND AGREED between all defendants and plaintiff, United States of America, by and through their attorneys, that the hearing presently scheduled for January 5, 2012, may be continued to January 26, 2012, at 9:00 a.m.

   The Court has previously found this case to be complex under the Speedy Trial Act due to the time-span of the charges, the filing of a parallel forfeiture action, and numerous searches involved in the investigation.

///

1  The parties' discussions regarding resolution of the case have continued
2  since the last status conference and additional research has been done,
3  as well as additional investigation by counsel for Mr. Frisbey in the
4  form of a defense inspection of the evidence seized and  discussions with
5  the law enforcement investigators in this case.  The parties were unable
6  to meet during the holidays but plan to do so over the next three weeks.
7  The parties agree and stipulate that the Court should find that the
8  requested additional continuance of the trial date is necessary to allow
9  time for counsel to prepare and complete their review of this case and
10 conduct plea negotiations, and allow defense counsel time to explain the
11 ramifications of any plea offer to their respective clients.  The parties
12 agree and stipulate that the Court should find that this case remains
13 complex and additional preparation time is needed by all defense counsel,
14 and that time under the Speedy Trial Act should be excluded from the date
15 of this stipulation through January 26, 2012, pursuant to Title 18,
16 United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local
17 Codes T2 and T4.

                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  January 4, 2012             /s/  T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for DALE R. FRISBEY


Dated:  January 4, 2012             /s/ T. Zindel for M. Chastaine
                                    MICHAEL L. CHASTAINE
                                    Attorney for THOMAS G. COOPMAN


Dated:  January 4, 2012             /s/ T. Zindel for H. Gable
                                    HAYES H. GABLE, III
                                    Attorney for EDWIN B. TOOLE

                                    BENJAMIN B. WAGNER
                                    United States Attorney

1 | Dated: January 4, 2012    By: /s/  T. Zindel for S. Wong
2 |                               SAMUEL WONG
  |                               Assistant U.S. Attorney

### O R D E R

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to January 26, 2012, at 9:00 a.m.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act.  The Court finds that the failure to grant the requested continuance would deny each defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time within which the trial of this case must be commenced is therefore excluded from the date of the parties' stipulation, January 4, 2012, through and including January 26, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (b)(ii) and (iv) and Local Codes T2 and T4.

IT IS SO ORDERED.

Dated: January 9, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip. & Order                           -3-