DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DALE R. FRISBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-CR-00513 MCE |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| DALE R. FRISBEY, et al., | ) **AND EXCLUDING TIME** |
| Defendants. | ) Date:  March 2, 2012 |
| | ) Time:  10:30 a.m. |
| _____ | ) Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between all defendants and plaintiff, United States of America, by and through their attorneys, that the hearing presently scheduled for March 2, 2012, may be continued to April 26, 2012, at 9:00 a.m.

The Court has previously found this case to be complex under the Speedy Trial Act due to the time-span of the charges, the filing of a parallel forfeiture action, and numerous searches involved in the investigation.

///

1  The parties' discussions regarding resolution of the case have continued
2  since the last status conference, including a meeting of all counsel, and
3  additional investigation has been done by counsel for Mr. Frisbey. The
4  defense has requested and the government will provide additional
5  discovery. The parties agree and stipulate that the Court should find
6  that the requested continuance of the trial date is necessary to allow
7  time for counsel to prepare, to complete their review of this case, to
8  conduct plea negotiations, and to allow defense counsel time to explain
9  the ramifications of any plea offer to their respective clients. The
10 parties agree and stipulate that the Court should find that this case
11 remains complex and additional preparation time is needed by all defense
12 counsel, and that time under the Speedy Trial Act should be excluded from
13 the date of this stipulation through April 26, 2012, pursuant to Title
14 18, United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv) and
15 Local Codes T2 and T4. The parties agree and stipulate that the Court
16 should find the ends of justice served by the granting of the requested
17 continuance outweigh the best interests of the public and defendants in
18 a speedy trial.

19                                    Respectfully Submitted,

20                                    DANIEL J. BRODERICK
                                      Federal Defender
21
22 Dated:   February 28, 2012          /s/  T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
23                                    Attorney for DALE R. FRISBEY

24

25 Dated:   February 28, 2012          /s/ T. Zindel for M. Chastaine
                                      MICHAEL L. CHASTAINE
26                                    Attorney for THOMAS G. COOPMAN

27

28

Stip. & Order                    -2-

```
Dated:  February 28, 2012       /s/ T. Zindel for H. Gable
                                HAYES H. GABLE, III
                                Attorney for EDWIN B. TOOLE

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated:  February 28, 2012 By:   /s/  T. Zindel for S. Wong
                                SAMUEL WONG
                                Assistant U.S. Attorney
```

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to April 26, 2012, at 9:00 a.m.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act.  The Court finds that the failure to grant the requested continuance would deny each defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time within which the trial of this case must be commenced is therefore excluded from the date of the parties' stipulation, February 28, 2012, through and including April 26, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (b)(ii) and (iv) and Local Codes T2 and T4.

IT IS SO ORDERED.

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE