```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DALE R. FRISBEY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:09-CR-0513 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DALE R. FRISBEY, et al., | ) | |
| | ) | |
| Defendants. | ) | Date:  April 26, 2012 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between all defendants and plaintiff, United States of America, by and through their attorneys, that the hearing presently scheduled for April 26, 2012, may be continued to May 17, 2012, at 9:00 a.m.

The Court has previously found this case to be complex under the Speedy Trial Act due to the time-span of the charges, the filing of a parallel forfeiture action, and numerous searches involved in the investigation. Since the last status conference, the government provided additional discovery, consisting of several hours of surveillance tapes

1  and interviews.  The parties anticipate meeting again to discuss possible
2  resolutions after all defense counsel have reviewed the new discovery.
3  The parties agree and stipulate that the Court should find that the
4  requested continuance of the trial date is necessary to allow time for
5  defense counsel to prepare, to complete their review of this case, to
6  conduct plea negotiations, and to allow defense counsel time to explain
7  the ramifications of any plea offer to their respective clients.  The
8  parties agree and stipulate that the Court should find that this case
9  remains complex and additional preparation time is needed by all defense
10 counsel, and that time under the Speedy Trial Act should be excluded from
11 the date of this stipulation through May 17, 2012, pursuant to Title 18,
12 United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local
13 Codes T2 and T4.  The parties agree and stipulate that the Court should
14 find the ends of justice served by the granting of the requested
15 continuance outweigh the best interests of the public and defendants in
16 a speedy trial.

17                                    Respectfully Submitted,

18                                    DANIEL J. BRODERICK
                                      Federal Defender
19
    Dated:   April 20, 2012           /s/  T. Zindel
20                                    TIMOTHY ZINDEL
                                      Assistant Federal Defender
21                                    Attorney for DALE R. FRISBEY

22  Dated:   April 20, 2012           /s/ T. Zindel for M. Chastaine
                                      MICHAEL L. CHASTAINE
23                                    Attorney for THOMAS G. COOPMAN

24  Dated:   April 20, 2012           /s/ T. Zindel for H. Gable
                                      HAYES H. GABLE, III
25                                    Attorney for EDWIN B. TOOLE

26                                    BENJAMIN B. WAGNER
                                      United States Attorney
27
    Dated:   April 20, 2012           /s/  T. Zindel for S. Wong
28                                    SAMUEL WONG
                                      Assistant U.S. Attorney

Stip. & Order                   -2-

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to May 17, 2012, at 9:00 a.m. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny each defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Time within which the trial of this case must be commenced is therefore excluded from the date of the parties' stipulation, April 20, 2012, through and including May 17, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (b)(ii) and (iv) and Local Codes T2 and T4.

IT IS SO ORDERED.

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE