DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DALE R. FRISBEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-CR-00513 MCE |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| DALE R. FRISBEY, et al., ) | |
| ) | |
| Defendants. ) | Date: May 17, 2012 |
| ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED AND AGREED between all defendants and plaintiff, United States of America, by and through their attorneys, that the hearing presently scheduled for May 17, 2012, may be continued to July 12, 2012, at 9:00 a.m.

   The Court has previously found this case to be complex under the Speedy Trial Act due to the time-span of the charges, the filing of a parallel forfeiture action, and numerous searches involved in the investigation.

///

1  Since the last status conference, the government provided additional
2  discovery, consisting of several hours of surveillance tapes and
3  interviews.  The parties anticipate meeting again to discuss possible
4  resolutions after all defense counsel have reviewed the new discovery.
5  The parties agree and stipulate that the Court should find that the
6  requested continuance of the trial date is necessary to allow time for
7  defense counsel to prepare, to complete their review of this case, to
8  conduct plea negotiations, and to allow defense counsel time to explain
9  the ramifications of any plea offer to their respective clients.  The
10 parties agree and stipulate that the Court should find that this case
11 remains complex and additional preparation time is needed by all defense
12 counsel, and that time under the Speedy Trial Act should be excluded from
13 the date of this stipulation through July 12, 2012, pursuant to Title 18,
14 United States Code, Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local
15 Codes T2 and T4.  The parties agree and stipulate that the Court should
16 find the ends of justice served by the granting of the requested
17 continuance outweigh the best interests of the public and defendants in
18 a speedy trial.

19                                  Respectfully Submitted,

20                                  DANIEL J. BRODERICK
                                    Federal Defender
21
   Dated:  May 15, 2012             /s/  T. Zindel
22                                  TIMOTHY ZINDEL
                                    Assistant Federal Defender
23                                  Attorney for DALE R. FRISBEY

24 Dated:  May 15, 2012             /s/ T. Zindel for M. Chastaine
                                    MICHAEL L. CHASTAINE
25                                  Attorney for THOMAS G. COOPMAN

26 Dated:  May 15, 2012             /s/ T. Zindel for H. Gable
                                    HAYES H. GABLE, III
27                                  Attorney for EDWIN B. TOOLE

28                                  BENJAMIN B. WAGNER
                                    United States Attorney

Stip. & Order                        -2-

Dated: May 15, 2012                /s/  T. Zindel for S. Wong
                                   SAMUEL WONG
                                   Assistant U.S. Attorney

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to July 12, 2012, at 9:00 a.m. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny each defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Time within which the trial of this case must be commenced is therefore excluded from the date of the parties' stipulation, May 15, 2012, through and including July 12, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (b)(ii) and (iv) and Local Codes T2 and T4.

IT IS SO ORDERED.

Dated: May 16, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE