```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00513-MCE |
| Plaintiff, | STIPULATION AND ORDER RE INTERLOCUTORY SALE OF REAL PROPERTY |
| v. | |
| DALE RICHARD FRISBEY, THOMAS GLENN COOPMAN, EDWIN BLODEN TOOLE, and MONTGOMERY MEIGS ATWATER, | |
| Defendants. | |

The United States of America, defendant Edwin Bloden Toole, and Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP ("Bank of America, N.A.") through their counsel, hereby agree and stipulate as follows:

1.  On December 3, 2009, a grand jury in this district indicted defendant Edwin Bloden Toole, charging him with: Count One: conspiracy to manufacture at least 1,000 marijuana plants and distribute marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1); Count Two: manufacture of at least 1,000 marijuana plants, in violation of 21 U.S.C. § 841(a)(1); Count Six:

1 conspiracy to manufacture at least 100 marijuana plants and
2 distribute marijuana, in violation of 21 U.S.C. §§ 846 and
3 841(a)(1); and Count Seven: manufacture of at least 100 marijuana
4 plants, in violation of 21 U.S.C. § 841(a)(1).  The indictment
5 alleged further, that upon defendant Edwin Bloden Toole's
6 conviction, certain property would be subject to forfeiture to
7 the United States, including the following:

   a) Real property located at 8470 River Road, County of Placer, California, Assessor's Parcel Number: 080-182-014-000; and

   b) All equipment, components, and supplies used to manufacture marijuana, including lighting equipment; ballasts; light tracks; irrigation equipment; Young Products, Inc., fertilizer and water mixer-proportioners; scales; packaging materials; and ground processing tools.

  2. The recorded owner of the real property located at 8470 River Road, County of Placer, California, APN: 080-182-014-000, and more fully described in Exhibit A attached hereto, is Edwin Toole.  Bank of America, N.A., asserts a lien holder interest in the above-described real property by virtue of a promissory note dated October 19, 2006, executed by Edwin Toole in the original principal amount of $382,250.00 and secured by a Deed of Trust recorded October 31, 2006, as Instrument Number 2006-0116020-00, in Placer County.  Defendant Edwin Bloden Toole has not made any payments on the note since October 1, 2009.  Accordingly, the note is in default.

  3. The parties stipulate that based on the information they have, there are no other persons or entities that have an interest in the above-described real property.

///

4. The United States agrees that Bank of America, N.A.'s interest in the above-described real property is superior to that of the United States.

5. The United States and defendant Edwin Bloden Toole agree that they will not contest the immediate foreclosure by Bank of America, N.A. of its Deeds of Trust encumbering the above-described real property.

The parties agree and hereby stipulate that an order should be entered granting an interlocutory sale of the above-described real property as follows:

1. The real property located at 8470 River Road, County of Placer, California, APN: 080-182-014-000 will be sold by Bank of America, or its designee, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.

2. Bank of America, N.A. agrees that there is presently due and owing to it on the above-described real property, under the Deed of Trust recorded October 31, 2006, as Instrument Number 2006-0116020-00, in Placer County, securing a Promissory Note in the original principal amount of $382,250.00 dated October 19, 2006, the following:

    a. An outstanding principal balance of $325,718.95, as of March 13, 2012.

    b. Unpaid interest at the Promissory Note rate until the date of payment. The interest due through March 13, 2012, was $54,851.10, which interest will continue to accrue at a per diem rate of $61.35. Said interest shall continue to accrue until the date of the foreclosure sale.

      c.    Bank of America, N.A. shall be entitled to recover any escrow advances, charges, fees and other amounts advanced by Bank of America, N.A. that are authorized by its Promissory Note and Deed of Trust; and,

      d.    Reasonable attorneys' fees and related legal costs incurred by Bank of America, N.A. and authorized by its Promissory Note and Deed of Trust.

The sum of subparagraphs (a) through (d) shall be the debt owed to Bank of America, N.A., which amount shall be determined as of the date of the trustee's sale.

    3.    Bank of America, N.A. will refer the loan to the trustee under the Deed of Trust to proceed with non-judicial foreclosure pursuant to California Civil Code Section 2924 *et seq.*

    4.    Bank of America, N.A., the United States, and defendant Edwin Bloden Toole agree that, upon the sale of the above-described real property, Bank of America, N.A. is entitled to receive sufficient funds to satisfy its interest in the above-described real property, as well as recoup any reasonable attorneys' fees and costs and any additional advances authorized by the Promissory Note and Deed of Trust, as set forth by applicable state law and in the Promissory Note and Deed of Trust.

    5.    Bank of America, N.A. shall instruct the foreclosure trustee to forward paperwork regarding the completed sale of the above-described real property to the United States. Bank of America, N.A. agrees not to oppose any motion by the United States to remit to the United States, the "surplus funds" of the

trustees' sale of the above-described real property, if there are any "surplus funds".

6. The United States agrees to execute and record a Notice of Withdrawal of Lis Pendens against the above-described real property in connection with the above-entitled action, upon request by the foreclosure trustee.

7. All parties to this Stipulation hereby release each other and their respective servants, attorneys, agents, and employees from any and all liability arising out of or in any way connected with the forfeiture and/or sale of the real property. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture and/or sale, as well as to those now known or disclosed. The parties to this Stipulation waive the provisions of California Civil Code § 1542, which provides: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

8. Bank of America, N.A. understands and agrees that, by entering into this Stipulation, it waives any rights to further litigate against the United States its interest in the above-described real property and the United States herein waives and disclaims any rights or interests it may have in the above-described real property, except as provided in this Stipulation.

9. The parties agree to bear their own attorneys' fees and costs except as otherwise delineated above, as Bank of America, N.A.'s reasonable attorneys' fees and costs will be part of the

1  debt as described above.
2      10.  The Court shall maintain jurisdiction to enforce the
3  terms of the Stipulation and Order Regarding Interlocutory Sale
4  of Real Property.
5      IT IS SO STIPULATED.
6  Dated: 8/22/12                  BENJAMIN B. WAGNER
                                   United States Attorney
7
8                                  /s/ Kevin C. Khasigian
                               By: KEVIN C. KHASIGIAN
9                                  Assistant U.S. Attorney
10
11 Dated: 8/15/2012                /s/ Ed Toole
                                   EDWIN BLODEN TOOLE
12
13                     ACKNOWLEDGMENT
14 State of California    )
                          ) ss.
15 County of  Placer      )

16 On August 15, 2012 , before me, Cynthia Herbert        , Notary
   Public, personally appeared  Edwin Bloden Toole   , who proved
17 to me on the basis of satisfactory evidence to be the person(s)
   whose name(s) is/~~are~~ subscribed to the within instrument and
18 acknowledged to me that he/~~she/they~~ executed the same in
   his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~
19 signature(s) on the instrument the person(s), or the entity upon
   behalf of which the person(s) acted, executed the instrument.
20
   I certify under PENALTY OF PERJURY under the laws of the State of
21 California that the foregoing paragraph is true and correct.

22 WITNESS my hand and official seal.

23                                   ┌─────────────────────────────┐
                                     │      CYNTHIA HERBERT        │
                                     │     Commission # 1899141    │
24 Signature /s/ Cynthia Herbert     │   Notary Public - California│
                                     │        Placer County        │
25                                   └─────────────────────────────┘

26

27 Dated: 8/20/2012                /s/ Hayes H. Gable
                                   HAYES H. GABLE, III
28                                 Attorney for Defendant

                        6           Stipulation and Order Re Interlocutory
                                    Sale of Real Property

```
                                Edwin Bloden Toole
///                             (Original signatures retained by attorney)


Dated: 8/16/12                  /s/ Andrew E. Hall
                                ANDREW E. HALL, Esq.
                                Attorney for Bank of America, N.A.
                                (Signature retained by attorney)
```

**ORDER FOR INTERLOCUTORY SALE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1) The stipulation re interlocutory sale of the real property is granted.

2) The real property located at 8470 River Road, County of Placer, California, APN: 080-182-014-000, and more fully described in Exhibit A attached hereto, will be sold pursuant to the terms set forth above.

3) The net proceeds from the foreclosure sale of the real property by Bank of America, N.A., if any, will be substituted as the *res* herein and held by the U.S. Marshals Service pending further order of the Court.

IT IS SO ORDERED.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**Exhibit A**
(Real property located at 8470 River Road,
County of Placer, California)

All that certain real property in the Unincorporated Area, County of Placer, State of California, described as follows:

All of Lot Eleven(11), Block "C", as shown on that certain Map entitled "Map of Tahoe-Truckee Forest", filed in the Office of the Recorder of the County of Placer, State of California, in Book "B" of Maps, at Pages 7, 8 and 9, excepting the Northerly 63.5 feet of Lot Numbered Eleven(11), Block "C", being bounded on the North by a line which is 63.5 feet from and parallel to the North line of Lot Numbered Eleven(11).

APN: 080-182-014-000