```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
5
6  Attorney for Defendant
   DALE R. FRISBEY
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-CR-00513 MCE |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER** |
| v. | ) **VACATING T.C.H. AND TRIAL DATES** |
| | ) **AND EXCLUDING TIME** |
| DALE R. FRISBEY, ET AL., | ) |
| Defendants. | ) Date: October 18, 2012 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Morrison C. England |

   IT IS HEREBY STIPULATED AND AGREED between all defendants and plaintiff, United States of America, by and through their attorneys, that the trial confirmation hearing and trial dates (October 18 and November 26, 2012) may be vacated and a status conference scheduled for November 1, 2012, at 9:00 a.m.

   Government counsel seeks additional time to submit a proposed resolution to his supervisor for review and, if appropriate, to prepare plea agreements based on a plea offers made by each defendant. The defense seeks time to review those agreements with their clients.

///

1  In light of the likely resolution of the case, the parties have agreed to
2  convert the trial confirmation hearing to a status conference. The
3  parties have also agreed to vacate the trial date in light of the likely
4  resolution and because Assistant Federal Defender Timothy Zindel, counsel
5  for Mr. Frisbey, is unavailable on the date presently scheduled for trial
6  due to a necessary medical surgical procedure and rehabilitation that AFD
7  Zindel will have to undergo during the month of November 2012 that will
8  conflict with the presently set trial date and his necessary trial
9  preparation.

10      The Court has previously found this case to be complex under the
11  Speedy Trial Act due to the time-span of the charges, the filing of a
12  parallel forfeiture action, and numerous searches involved in the
13  investigation, and the ongoing negotiations. The parties agree and
14  stipulate that the Court should find that the requested continuance of
15  the trial date is necessary to allow time for counsel to prepare, to
16  complete their review of this case, to conduct plea negotiations, and to
17  allow defense counsel time to explain the ramifications of any plea
18  agreement to their respective clients. The parties agree and stipulate
19  that the Court should find that this case remains complex and additional
20  preparation time is needed by all defense counsel, and that time under
21  the Speedy Trial Act should be excluded from the date of this stipulation
22  through November 1, 2012, pursuant to Title 18, United States Code,
23  Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 and T4.
24  ///
25  ///
26  ///
27  ///
28  ///

```
                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  October 12, 2012            /s/  T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for DALE R. FRISBEY


Dated:  October 12, 2012            /s/ T. Zindel for M. Chastaine
                                    MICHAEL L. CHASTAINE
                                    Attorney for THOMAS G. COOPMAN

Dated:  October 12, 2012            /s/ T. Zindel for H. Gable
                                    HAYES H. GABLE, III
                                    Attorney for EDWIN B. TOOLE

                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  October 12, 2012      By:   /s/  T. Zindel for S. Wong
                                    SAMUEL WONG
                                    Assistant U.S. Attorney
```

///

///

///

-3-

**O R D E R**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its order. The status conference is continued to November 1, 2012, at 9:00 a.m.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act.  The Court finds that the failure to grant the requested continuance would deny each defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence, and deny counsel for defendant Frisbey continuity of counsel due to his attorney's unavailability for trial and trial preparation. The Court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time within which the trial of this case must be commenced is therefore excluded from the date of the parties' stipulation, October 12, 2012, through and including November 1, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (b)(ii) and (iv) and Local Codes T2 and T4.

IT IS SO ORDERED.

Dated: October 22, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-4-