# UNITED STATES DISTRICT COURT
## Eastern District of California

### Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearing, is on file)*

| | | | |
|---|---|---|---|
| **Name of Offender:** | Dale Allen  Frisbey | **Docket Number:** | 2:09CR00513-001 |
| **Name of Judicial Officer**: | Chief United States District Judge Morrison C. England | | |
| **Date of Original Sentence:** | 1/24/2013 | | |

**Original Offense:** 21 U.S.C. § 846 and 841(a)(1) - Conspiracy to Manufacture at Least 100 Marijuana Plants  (CLASS B FELONY)  and 18 USC 853 Criminal Forfeiture

**Original Sentence:** 72 months custody Bureau of Prisons; 60 months Supervised Release; $100 special assessment; Mandatory drug testing; DNA collection; No firearms.

**Special Conditions:**

Warrantless Search; Financial Disclosure; Financial Restrictions; Drug/Alcohol Treatment; Drug/Alcohol Testing; Co-Payment for treatment or testing; Drug Offender Registration

**Type of Supervision:**          TSR

**Date Supervision Commenced:**   2/9/2014

**Other Court Actions:  None.**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential community corrections center, Geo Care, Inc., 111 Taylor Street, San Francisco, California, 94102, for a period of up to 90 days; said placement shall commence on 2/9/2015 pursuant to the 18 USC 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** Mr. Frisbey will release from federal custody on February 9, 2014. He has a release plan to live with a friend in Sierraville, California. However, due to the extreme dry weather conditions, there are no job opportunities currently in that area. Mr. Frisbey is currently employed at Green Tortoise Hostile, 494 Broadway Street, San Francisco. His employer, Gardner Kent, has offered to extend his employment and has indicated he may have a rental property Mr. Frisbey can reside in after his release from the residential re-entry center. Mr. Frisbey is requesting to reside at the residential re-entry center for a period of up to 90 days. It is recommended Mr. Frisbey be allowed to reside in the residential re-entry for up to 90 days to allow him an opportunity to continue working and attempt to secure housing. He has signed a Waiver of Hearing to Modify Conditions of Supervised Release.

Respectfully submitted,
/s/ **Shari R. Simon**

**SHARI R. SIMON**
**Senior United States Probation Officer**
Telephone: (916) 786-2861

**DATED:**   2/4/2014

Reviewed by,
/s/ **Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

PROB 12B
(04/13)

**THE COURT ORDERS:**

☒  Modification approved as recommended assuming the release date is February 9, 2015 and not February 9, 2014.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

Dated:  February 4, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

CC:

United States Probation

Assistant United States Attorney: Samuel Wong

Defense Counsel: Timothy Zindel

PROB 12B
(04/13)