UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 25, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DALE RICHARD FRISBEY,

Defendant.

Case No. 2:09-cr-00513-MCE,

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  DALE RICHARD FRISBEY ,

Case No. 2:09-cr-00513-MCE,  for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Continue to abide by conditions of supervised release previously imposed. Report to PO Simon on 9/27/2017 at 9:00 am in Roseville Probation office.

Issued at Sacramento, California on September 25, 2017 at 2:25 pm

By: _____

Magistrate Judge Carolyn K. Delaney