1  MCGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2772

5

6  Attorneys for plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE RICHARD FRISBEY,<br><br>Defendant. | CASE NO. 2:09-CR-513-MCE<br><br>**STIPULATION AND ORDER DISMISSING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION**<br><br>Date:  May 17, 2018<br>Time:  10:00 a.m.<br>Court:  Hon. Morrison C. England |

Whereas, the United States Probation Officer supervising defendant Dale Richard Frisbey filed a Petition For Warrant Or Summons For Offender Under Supervision ("Petition") on August 28, 2017, alleging Frisbey violated certain conditions of his supervised release; and

Whereas, Frisbey has since complied with the conditions of his supervised release and the United States Probation Officer supervising Frisbey now recommends that the Petition be dismissed,

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and Frisbey, on the other hand, through their respective undersigned attorneys, that

///

///

///

1

STIPULATION & ORDER DISMISSING PETITION

the Court enter the Order submitted below: (1) dismissing the Petition; (2) vacating the presently set May 17, 2018, admit/deny hearing on the Petition; and (3) affirming that all previously imposed conditions of supervised release shall remain in effect.

Dated: May 9, 2018                /s/ Timothy Zindel
                                  _____
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for defendant
                                  Dale Richard Frisbey
                                  (Per email authorization)

Dated: May 9, 2018                MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Samuel Wong
                         By:      _____
                                  SAMUEL WONG
                                  Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its Order.

It is hereby ORDERED that: (1) the Petition For Warrant Or Summons For Offender Under Supervision ("Petition") filed on August 28, 2017, is DISMISSED; (2) the presently set May 17, 2018, admit/deny hearing on the Petition is VACATED; and (3) all previously imposed conditions of supervised release shall remain in effect.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER DISMISSING PETITION

1