IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALE RICHARD FRISBEY<br><br>Defendant. | Case №: 2:09-cr-0513-MCE<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named defendant seeks appointment of counsel to represent him for a petition to violate his supervised release. Mr. Zindel represented the client previously and needs to work on the case even though there is no federal court date yet. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Tim Zindel is appointed to represent the above defendant in this case effective *nunc pro tunc* to May 11, 2023.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: May 23, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL          1