

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE MORRISON C. ENGLAND, JR.**

UNITED STATES OF AMERICA,                    Case No. 2:09-cr-00513-MCE

        Plaintiff,

  v.                                                            **ORDER FOR RELEASE OF
                                                                 PERSON IN CUSTODY**

DALE FRISBEY,

        Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release **DALE FRISBEY** in case number 2:09-cr-00513-MCE, from custody for the following reason(s):

| | |
|---|---|
| _____ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ |
| _____ | Unsecured Appearance Bond |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
|   X   | Other: Pursuant to the Court's June 26, 2024, TIME SERVED sentence of the defendant, DALE FRISBEY. |

Issued at Sacramento, California on June 25, 2024, at 9:45 a.m. (PST).

Dated: June 26, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE